No. A–1056. SAN FRANCISCO POLICE OFFICERS ASSN. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (OFFICERS FOR JUSTICE ET AL., REAL PARTIES IN INTEREST). D. C. N. D. Cal. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. Motion of Mississippi for relief from the final decree entered in this case on December 12, 1960 [364 U. S. 502], referred to the Special Master. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier decision herein, see, *e. g.*, 456 U. S. 865.]

No. 80, Orig. COLORADO *v.* NEW MEXICO ET AL. Motion of New Mexico for leave to file a reply brief granted. [For earlier order herein, see, *e. g.*, *ante*, p. 1103.]

No. 81–298. COMMUNITY TELEVISION OF SOUTHERN CALIFORNIA *v.* GOTTFRIED ET AL.; and
No. 81–799. FEDERAL COMMUNICATIONS COMMISSION *v.* GOTTFRIED ET AL. C. A. D. C. Cir. [Certiorari granted, 454 U. S. 1141.] Motion of respondents to reconsider order denying motion for divided argument denied.

No. 81–1064. CITY OF LOS ANGELES *v.* LYONS. C. A. 9th Cir. [Certiorari granted, 455 U. S. 937.] Motion of respondent to dismiss writ of certiorari as improvidently granted denied. Further consideration of the memorandum of petitioner suggesting a question of mootness and addressing related issues is deferred to hearing of case on the merits.

No. 81–6331. IN RE WANTLAND;
No. 81–6640. IN RE RICE; and
No. 81–6699. IN RE FELICIANO. Petitions for writs of mandamus denied.